1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St.
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4575
5

6  Attorneys for Plaintiff
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00221 LJO |
   |---|---|
12 | Plaintiff, | STIPULATION REGARDING VACATING TRIAL DATE; FINDINGS AND ORDER |
13 | v. | DATE: November 18, 2013, and jury trial on December 10, 2013 |
14 | MARCELINA BOTELLO CHARLES and JULIO CESAR VILLANUEVA-CORNEJO, | TIME: 11 a.m. |
15 | Defendants. | COURT: Hon. Lawrence J. O'Neill |

16

17                              **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendants, by and
19 through defendants' counsel of record, hereby stipulate as follows:

20     1.     By previous order, this matter was set for trial confirmation on November 18, 2013, and
21 jury trial on December 10, 2013.

22     2.     By this stipulation, the parties now move to vacate the trial confirmation and reset for trial
23 at the current trial confirmation on the above date and time.

24     3.     The parties agree and stipulate, and request that the Court find the following:

25     a)     The government has represented that additional discovery associated with this case
26 was recently obtained. All of this discovery was been or will be produced to counsel as soon as
27 practicable.

28

STIPULATION RE: VACATING TRIAL; [PROPOSED]          1
FINDINGS AND ORDER

b) Counsel for defendants desire additional time to review this discovery and consider a pretrial resolution.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation and investigation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated:  November 8, 2013					BENJAMIN B. WAGNER
							United States Attorney


							 /s/ KAREN A. ESCOBAR
							KAREN A. ESCOBAR
							Assistant United States Attorney


Dated:  November 8, 2013				 /s/ Barbara A. O'Neill
							BARBARA A. O'NEILL
							Counsel for Defendant MARCELINA BOTELLO CHARLES


Dated:  November 8, 2013				 /s/ Ann McGlenon
							ANN McGLENON
							Counsel for Defendant JULIO CESAR VILLANUEVA-CORNEJO

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **November 11, 2013**			    /s/ Lawrence J. O'Neill
							UNITED STATES DISTRICT JUDGE

STIPULATION RE: VACATING TRIAL; [PROPOSED] FINDINGS AND ORDER

2