BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCELINA BOTELLO CHARLES,<br><br>Defendant. | CASE NO.  Cr  1:12-CR-00221 LJO-SKO<br><br>STIPULATION REGARDING CONTINUANCE;  FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation and/or a motions in limine hearing on Monday, March 17, 2014, at 8:30 a.m. and trial on May 13, 2014 and time was excluded to and through May 13, 2014.

2. By this stipulation, the parties now move to continue the trial confirmation date to March 31, 2014, at 8:30 a.m. and to continue the filing of motions in limine from March 3 to March 17 and the filing of any responses to motions in limine from March 10 to March 24.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for the parties desires additional time to review discovery, conduct further

1

investigation, and consider a potential settlement, particularly in light of the fact that the government has advised the defense that it intends to seek a Second Superseding Indictment on additional charges which will impact the defendant's sentence, if convicted. In addition, counsel for the government will be out of state on March 17 on a case-related matter that requires national coordination by Main Justice.

    IT IS SO STIPULATED.

DATED:    March 28, 2014.    Respectfully submitted,

    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Karen A. Escobar_____
    KAREN A. ESCOBAR
    Assistant United States Attorney

DATED:    March 28, 2014.

    /s/ Barbara O'Neill_____
    BARBARA O'NEILL
    Counsel for Defendant Marcelina Botello Charles

**O R D E R**

IT IS SO ORDERED.

    Dated:   **March 3, 2014**           /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE