# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



JUL 0 9 2014

CLERK, U.S. DISTRICT
EASTERN DISTRICT
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:12CR00221 |
| Marcelina Charles ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Marcelina Charles, have discussed with Lydia J. Serrano, Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following condition:

You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency and/or mental health treatment as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

I consent to this modification of my release conditions and agree to abide by this modification.

MARCELINA CHARLES 6-27-14
Signature of Defendant      Date

_____ 6-27-14
Pretrial Services Officer      Date

I have reviewed the conditions and concur that this modification is appropriate.

_____ 7/3/14
Signature of Assistant United States Attorney      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____ 7/7/14
Signature of Defense Counsel      Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on July 8, 2014.
☐ The above modification of conditions of release is *not* ordered.

_____ 7/8/2014
Signature of Judicial Officer      Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services