KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
E-mail: kevinglittle@yahoo.com

Attorneys for Defendant Marcelina Botello Charles

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MARCELINA BOTELLO CHARLES,<br><br>　　　　　　　Defendant. | Case No.  CR-F-12-0221 LJO SKO<br><br>STIPULATION AND ORDER RE: CONTINUANCE OF SENTENCING DATE |

TO THE HONORABLE COURT:

　　The parties, through their undersigned counsel, hereby stipulate as follows:

　　WHEREAS defendant's retained counsel is currently in a contested hearing before the Equal Employment Opportunity Commission in <u>Kodger, et al. v. Holder, et al.</u>, EEOC Case Nos.480-2011-00499X, 480-2011-00496X, 480-2011-00548X, 480-2011-00497X, which is being held in the United States Bankruptcy Court in Modesto, California, the Hon. David Kelley, Administrative Judge, Presiding; and

　　WHEREAS defendant's counsel is required to be present on Monday, August 11, 2014 for these ongoing proceedings, which will very likely last the entire week; and

　　WHEREAS the defendant is entitled to representation of her retained counsel at her sentencing hearing; and

　　WHEREAS only a minimal delay will be necessary to accommodate counsel's schedule and ensure the continuity of the defendant's representation,

_____
STIPULATION AND PROPOSED ORDER

1  THE PARTIES HEREBY STIPULATE that the sentencing hearing scheduled for August
2  11, 2014 be continued two weeks, to and until August 25, 2014.
3  IT IS SO STIPULATED.

4
5  Date: August 8, 2014         /s/ Kevin G. Little
                                Kevin G. Little
6                               Attorney for Defendant
                                Marcelina Botello Charles
7
8  Date: August 8, 2014         /s/ Karen A. Escobar
9                               Benjamin B. Wagner
                                United States Attorney
10                              Karen A. Escobar
                                Assistant U.S. Attorney
11                              On Behalf of the United States of America
12
IT IS SO ORDERED.

Dated:  **August 8, 2014**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

13                              STIPULATION AND PROPOSED ORDER
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 --------------------