BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MARCELINA BOTELLO CHARLES,<br><br>                Defendant. | CASE NO. Cr 1:12-cr-00221 LJO-SKO<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 25, 2014.

2. By this stipulation, the parties now move to continue sentencing to September 15, 2014, at 8:30 a.m. due to the unavailability of counsel for the government (based on the death of a family member).

////

////

////

////

1

IT IS SO STIPULATED.

DATED:   August 20, 2014.        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:   August 20, 2014.

/s/ Kevin G. Little _____
KEVIN G. LITTLE
Counsel for Defendant Marcelina Botello Charles

**O R D E R**

IT IS SO ORDERED.

Dated:   **August 20, 2014**            **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

2